COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Tom Johns v. The Fox Hall, Ltd aka Fox Hall Apartments, Fox Hall Apartments, LLC and Fox Hall, Ltd

Appellate case number:     01-22-00403-CV

Trial court case number:     2020-08163

Trial court:                         133rd District Court of Harris County

Appellee The Fox Hall, Ltd. a/k/a Fox Hall Apartments has filed a "Motion to Require Appellant Tom Johns to file an Appellant's Brief in Compliance with the Texas Rules of Appellate Procedure." Fox Hall correctly asserts that Johns's brief fails to comply with Texas Rule of Appellate Procedure 38.1 in several respects. Thus, Fox Hall's motion is **granted**, and Johns's brief is **stricken** because it fails to comply with Rule 38.1 in the following significant respects:

- Johns's brief does not contain a concise statement of "all issues or points presented for review." *See* TEX. R. APP. P. 38.1(f).

- The brief does not contain a "Statement of Facts," which "must state concisely and without argument the facts pertinent to the issues or points presented." *See* TEX. R. APP. P. 38.1(g). Importantly, "[t]he statement must be supported by record references." *Id.*

- The brief fails to include a "Summary of the Argument," which "must contain a succinct, clear, and accurate statement of the arguments made in the body of the brief." The "summary must not merely repeat the issues or points presented for review." *See* TEX. R. APP. P. 38.1(h).

- The "Argument" portion of the brief does not contain "a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record. *See* TEX. R. APP. P. 38.1(i).

Accordingly, Johns's brief is **stricken,** and he is ordered to file a brief in compliance with the Texas Rules of Appellate Procedure within 30 days of the date of this order. *See* TEX. R. APP. P. 9.4(k).

Fox Hall's brief will be due 30 days after Johns's brief is filed.

       It is so ORDERED.

Judge's signature:          <u>/s/ Richard Hightower</u>
                                   Acting individually

Date:  <u>August 16, 2022</u>